UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Equal Employment Opportunity Commission, | Case No.  24-12817 |
| | Brandy R. McMillion |
| Plaintiff, | United States District Judge |
| v. | |
| | Curtis Ivy, Jr. |
| Brik Enterprises, Incorporated, et al., | United States Magistrate Judge |
| Defendants. | |
| _____/ | |

## NOTICE OF SETTLEMENT CONFERENCE

A SETTLEMENT CONFERENCE in the above-entitled case has been set for **March 11, 2025 at 10:00 A.M., at 600 Church Street, Flint, Michigan, 48502,** before United States Magistrate Judge Curtis Ivy.  **CLIENT(S)/CLIENT REPRESENTATIVE(S) WITH FULL SETTLEMENT AUTHORITY MUST ATTEND THE SETTLEMENT CONFERENCE**.

On or before **March 4, 2025,** the parties must submit **concise** confidential statements, **no more** than five (5) pages, summarizing their respective position(s) on the case and the history of all settlement negotiations.  The page limit includes exhibits.  The Court will only read the first five (5) pages and will not entertain linked exhibits.  Each party's confidential statement should be sent to Chambers by mail, faxed directly to (810) 341-7854 or emailed to Sara Krause, Judge Ivy's Case

Manager, at sara_krause@mied.uscourts.gov.  **Do not file or place the confidential statement on the court docket**.   **The Conference will be cancelled if the confidential statements are not received by the due date.**

Date:   February 10, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 10, 2025, by electronic means and/or ordinary mail.

s/Sara Krause
Case Manager
(810) 341-7850