**INDEX OF EXHIBITS**

| | |
|---|---|
| Exhibit 1 | EEOC Charge of Discrimination |
| Exhibit 2 | Letter of Determination |
| Exhibit 3 | Draft Conciliation Agreement |
| Exhibit 4 | Julian Mark and Beth Reinhard, *Trump Administration Moves to Drop Transgender Discrimination Cases*, The Washington Post (Feb. 15, 2025) |
| Exhibit 5 | Complaint in Intervention |