# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

and

ASHER LUCAS,

    Intervenor-Plaintiff,

and

REGINA ZAVISKI and SAVANNAH NURME-ROBINSON,

    Proposed Intervenor-Plaintiffs,

v.

BRIK ENTERPRISES, INCORPORATION, D/B/A CULVER'S OF CLARKSTON, DAVISON HOSPITALITY, INC., D/B/A CULVER'S OF DAVISON, FENTON HOSPITALITY, INC., D/B/A CULVER'S OF FENTON, GB HOSPITALITY INC., D/B/A CULVER'S OF GRAND BLANC, BLUE WATER HOSPITALITY, INC.,

    Defendants.

Case No. 24-cv-12817 BRM CI

Hon. Brandy R. McMillion
Mag. Judge Curtis Ivy, Jr.

## **DEFENDANTS' CONCURRENCE WITH PLAINTIFF EEOC'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P 41(a)(2)**

60345488.1

| | |
|---|---|
| DIANA E. MARIN (P81514)<br>Trial Attorney<br>Detroit Field Office<br>EEOC<br>477 Michigan Avenue, Room 865<br>Detroit, MI  48226<br>(313) 774-0057<br>Diana.marin@eeoc.gov | COURTNEY L. NICHOLS  (P75160)<br>Plunkett Cooney<br>Attorneys for Defendants<br>38505 Woodward Ave., Suite 100<br>Bloomfield Hills, MI  48304<br>(248) 594-6360<br>cnichols@plunkettcooney.com<br>gamesse@plunkettcooney.com (asst) |
| Angela M. Mannarino (P72374)<br>MANNARINO LAW PLLC<br>Attorneys for Intervenor-Plaintiff<br>37637 Five Mile Road #294<br>Livonia, MI 48154<br>(734) 430-0880<br>angela@mannarino-law.com | Syeda F. Davidson (P72801)<br>Jay D. Kaplan (P38197)<br>Daniel S. Korobkin (P72842)<br>AMERICAN CIVIL LIBERTIES UNION<br> FUND OF MICHIGAN<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6814<br>sdavidson@aclumich.org<br>jkaplan@aclumich.org<br>dkorobkin@aclumich.org |

NOW COME the above-named Defendants, by and through their Attorneys, Plunkett Cooney, and concur with the EEOC's requested relief to dismiss this action.

                                        Respectfully submitted,

                                        PLUNKETT COONEY

                        BY:    /s/Courtney L. Nichols
                                      COURTNEY L. NICHOLS  (P75160)
                                      Attorneys for Defendants
                                      38505 Woodward Avenue, Suite 100
                                      Bloomfield Hills, MI  48304
                                      (248) 594-6360

Dated: March 10, 2025              cnichols@plunkettcooney.com

60345488.1

## **PROOF OF SERVICE**

The undersigned certifies that on March 10, 2025 a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

☐ Hand delivery ☐ Overnight mail
☐ U.S. Mail ☐ Facsimile
☐ Email ☒ Electronic e-file

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

*/s/Brian K. Mitzel*
Brian K. Mitzel

3

60345488.1