**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

and

ASHER LUCAS,

      Intervenor-Plaintiff,

and

REGINA ZAVISKI and SAVANNAH
NURME-ROBINSON,

      Proposed Intervenor-Plaintiffs,

v.                                                       Case No. 24-cv-12817 BRM CI

BRIK ENTERPRISES, INCORPORATION,       Hon. Brandy R. McMillion
D/B/A CULVER'S OF CLARKSTON, DAVISON     Mag. Judge Curtis Ivy, Jr.
HOSPITALITY, INC., D/B/A CULVER'S OF
DAVISON, FENTON HOSPITALITY, INC.,
D/B/A CULVER'S OF FENTON, GB
HOSPITALITY INC., D/B/A CULVER'S OF
GRAND BLANC, BLUE WATER HOSPITALITY,
INC.,

      Defendants.

---

**DEFENDANTS' CONCURRENCE WITH MOTION TO INTEVENE**

60345488.1

| | |
|---|---|
| DIANA E. MARIN (P81514)<br>Trial Attorney<br>Detroit Field Office<br>EEOC<br>477 Michigan Avenue, Room 865<br>Detroit, MI  48226<br>(313) 774-0057<br>Diana.marin@eeoc.gov | COURTNEY L. NICHOLS  (P75160)<br>Plunkett Cooney<br>Attorneys for Defendants<br>38505 Woodward Ave., Suite 100<br>Bloomfield Hills, MI  48304<br>(248) 594-6360<br>cnichols@plunkettcooney.com<br>gamesse@plunkettcooney.com (asst) |
| Angela M. Mannarino (P72374)<br>MANNARINO LAW PLLC<br>Attorneys for Intervenor-Plaintiff<br>37637 Five Mile Road #294<br>Livonia, MI 48154<br>(734) 430-0880<br>angela@mannarino-law.com | Syeda F. Davidson (P72801)<br>Jay D. Kaplan (P38197)<br>Daniel S. Korobkin (P72842)<br>AMERICAN CIVIL LIBERTIES UNION<br> FUND OF MICHIGAN<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6814<br>sdavidson@aclumich.org<br>jkaplan@aclumich.org<br>dkorobkin@aclumich.org |

NOW COME the above-named Defendants, by and through their Attorneys, Plunkett Cooney, and for their Concurrence to Proposed-Plaintiff's Motion to Intervene ("Motion"), state as follows as it relates to the pending Motion:

1. Defendants admit that the Equal Employment Opportunity Commission ("EEOC") filed this action, alleging allegations of unlawful employment practices with regard to the identified individuals. Defendants deny that any of the alleged unlawful employment practices occurred and maintain that they acted in compliance with all applicable laws, include Title VII

2

of the Civil Rights Act of 1964, at all times.  Further, Defendants deny the allegations of joint employment and state that Defendants did not jointly, as allege, employ any of the identified individuals.

2. Defendants admit that Asher Lucas has intervened and that proposed Plaintiff-Intervenors now move to intervene.

3. Defendants have consented to the proposed Plaintiff-Intervenors requested relief and provided notice of same to Plaintiff-Intervenors counsel prior to this Response, on March 13, 2025.  Defendants admit that Plaintiff-Intervenors brief identifies applicable legal support for their position.  Defendants, however, vehemently deny the alleged factual claims contained in the brief in support for the reason that many of the same – particularly as it relates to the allegations regarding Defendants actions – are untrue.  Nevertheless, Defendants do not protest the proposed Plaintiff-Intervenors motion to intervene.

4. Admitted.

5. Defendants admit that counsel had not responded as of t he filing of Plaintiff's Motion on February 27, 2025.  Defendants' counsel has since concurred in the relief requested – specifically Regina Zaviski and Savannah Nurme-Robinson's request that this Court enter an order allowing them to

intervene in this action as Plaintiff-Intervenors by filing their proposed Complaint in Intervention.

        Respectfully submitted,

        PLUNKETT COONEY

BY:  /s/Courtney L. Nichols
      COURTNEY L. NICHOLS  (P75160)
      Attorneys for Defendants
      38505 Woodward Avenue, Suite 100
      Bloomfield Hills, MI  48304
      (248) 594-6360
      cnichols@plunkettcooney.com

## PROOF OF SERVICE

The undersigned certifies that on March 13, 2025 a copy of the foregoing document was served upon the attorney(s) of record in this matter at their stated business address as disclosed by the records herein via:

☐ Hand delivery      ☐ Overnight mail
☐ U.S. Mail      ☐ Facsimile
☐ Email      ☒ Electronic e-file

I declare under the penalty of perjury that the foregoing statement is true to the best of my information, knowledge and belief.

      /s/Courtney Nichols
      Courtney Nichols

60345488.1