# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

ASHER LUCAS,

    Plaintiff-Intervenor,

and

REGINA ZAVISKI and SAVANNAH NURME-ROBINSON,

    Proposed Plaintiff-Intervenors,

v.

BRIK ENTERPRISES, INC., dba CULVER'S OF CLARKSTON, DAVISON HOSPITALITY, INC., dba CULVER'S HOSPITALITY OF DAVISON, FENTON HOSPITALITY, INC., dba CULVER'S OF FENTON, GB HOSPITALITY, INC., dba CULVER'S OF GRAND BLANC, BLUE WATER HOSPITALITY, INC.,

    Defendants.
_____/

Case No. 24-cv-12817

Hon. Brandy McMillion

**<ins>STIPULATED ORDER FOR INTERVENTION OF PROPOSED PLAINTIFF-INTERVENORS</ins>**

## <ins>STIPULATION FOR INTERVENTION OF PROPOSED PLAINTIFF-INTERVENORS</ins>

On February 27, 2025, Proposed Plaintiff-Intervenors, Regina Zaviski and Savannah Nurme-Robinson, filed a Motion to Intervene in the matter captioned

above. On the date the motion was filed, Plaintiff EEOC and Plaintiff-Intervenor Asher Lucas had already concurred in the relief requested therein. On March 13, 2025, all defendants filed a response to the Motion to Intervene, indicating their concurrence in the relief requested.

  IT IS THEREFORE STIPULATED AND AGREED that the proposed plaintiff-intervenors, Savannah Nurme-Robinson and Regina Zaviski are permitted to intervene as plaintiffs in the above-referenced matter, and that their Complaint in Intervention shall be filed with the Court.

Respectfully submitted,

/s/Syeda F. Davidson
Syeda F. Davidson (P72801)
Jay D. Kaplan (P38197)
Daniel S. Korobkin (72842)
American Civil Liberties Union
 Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
313.578.6814
sdavidson@aclumich.org
jkaplan@aclumich.org
dkorobkin@aclumich.org

*Counsel for Proposed Plaintiff-Intervenors*

/s/Angela M. Mannarino (w/ permission)
Angela M. Mannarino (P72374)
Mannarino Law, PLLC
37637 Five Mile Road #294
Livonia, MI 48154
734.430.0880
angela@mannarino-law.com
*Counsel for Plaintiff-Intervenor*
 *Asher Lucas*

/s/Courtney D. Nichols (w/ permission)
Courtney D. Nichols (P75160)
Plunkett Cooney
38505 Woodward Ave.
Suite 100
Bloomfield Hills, MI 48304
248.594.6360
cnichols@plunkettcooney.com

*Counsel for Defendants*

/s/Kenneth L. Bird (w/ permission)
Kenneth L. Bird
EEOC
101 West Ohio Street
Ste. 1900
Indianapolis, IN 46204
317.226.7204
kenneth.bird@eeoc.gov

*Counsel for Plaintiff EEOC*

Dated: March 17, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

ASHER LUCAS,

    Plaintiff-Intervenor,

and

REGINA ZAVISKI and SAVANNAH
NURME-ROBINSON,

    Proposed Plaintiff-Intervenors,

v.

BRIK ENTERPRISES, INC., dba CULVER'S
OF CLARKSTON, DAVISON
HOSPITALITY, INC., dba CULVER'S
HOSPITALITY OF DAVISON, FENTON
HOSPITALITY, INC., dba CULVER'S OF
FENTON, GB HOSPITALITY, INC., dba
CULVER'S OF GRAND BLANC, BLUE
WATER HOSPITALITY, INC.,

    Defendants.
_____/

Case No. 24-cv-12817

Hon. Brandy McMillion

**<u>ORDER ALLOWING INTERVENTION
OF PROPOSED PLAINTIFF-INTERVENORS
REGINA ZAVISKI AND SAVANNAH NURME-ROBINSON</u>**

This matter having come before the Court upon the Motion to Intervene (ECF No. 27) filed by Proposed-Plaintiff-Intervenors Regina Zaviski and Savannah Nurme-Robinson (together, "Intervenors"); and further the Stipulation of the Parties to allow said intervention. The Court having reviewed the Motion, as well as the Response concurring in the requested relief (ECF No. 34) filed by Defendants Brik Enterprises, Inc., dba Culver's of Clarkston, Davison Hospitality, Inc., dba Culver's Hospitality of Davison, Fenton Hospitality, Inc., dba Culver's of Fenton, GB Hospitality, Inc., dba Culver's of Grand Blanc, and Blue Water Hospitality, Inc., and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED**, in accordance with above stipulation by the parties through their attorneys, that the Intervenors (Savannah Nurme-Robinson and Regina Zaviski) are permitted to intervene as plaintiffs in the above-referenced matter, and that their Complaint in Intervention shall be filed with the Court.

**IT IS FURTHER ORDERED** that by entry of this Stipulated Order, the Motion to Intervene (ECF No. 27) is **GRANTED**.

**IT IS SO ORDERED.**

Dated: March 17, 2025  

s/Brandy R. McMillion  
Hon. Brandy McMillion  
United States District Judge