UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

and

ASHER LUCAS, REGINA ZAVISKI and
SAVANNAH NURME-ROBINSON,

    Plaintiff-Intervenors,

v.

BRIK ENTERPRISES INCORPORATED
d/b/a CULVER'S OF CLARKSTON,
HOSPITALITY, INC. d/b/a CULVER'S
OF DAVISON, FENTON HOSPITALITY
INC. d/b/a CULVER'S OF FENTON, GB
HOSPITALITY, INC. d/b/a CULVER'S
OF GRAND BLANC, BLUE WATER
HOSPITALITY, INC.,

    Defendants.

Case No. 24-cv-12817

Hon. Brandy R. McMillion

## ORDER GRANTING MOTION TO DISMISS
## EEOC'S LITIGATION (ECF NO. 26)

Before the Court is Plaintiff Equal Employment Opportunity Commission's ("EEOC") Motion to Dismiss EEOC's Litigation (ECF No. 26), filed February 24, 2025. The Court heard oral argument on the motion on April 28, 2025. For the

reasons stated on the record, the Court **GRANTS** the Motion to Dismiss EEOC's Litigation (ECF No. 26).

Accordingly, **IT IS HEREBY ORDERED** that EEOC's Complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the EEOC shall be terminated as a party to this litigation and the Clerk of the Court is directed to correct the docket to reflect the same.

**IT SO ORDERED.**

Dated: April 28, 2025                                   s/Brandy R. McMillion
                                                        Hon. Brandy R. McMillion
                                                        United States District Judge