# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ASHER LUCAS,

   Plaintiff-Intervenor,

and

REGINA ZAVISKI and SAVANNAH NURME-ROBINSON,

   Plaintiff-Intervenors,

v.

BRIK ENTERPRISES, INC., dba CULVER'S OF CLARKSTON, DAVISON HOSPITALITY, INC., dba CULVER'S HOSPITALITY OF DAVISON, FENTON HOSPITALITY, INC., dba CULVER'S OF FENTON, GB HOSPITALITY, INC., dba CULVER'S OF GRAND BLANC, BLUE WATER HOSPITALITY, INC.,

   Defendants.

_____/

Case No. 24-cv-12817

Hon. Brandy McMillion

**NOTICE OF APPEARANCE**

**NOTICE OF APPEARANCE**

Please take notice that Bonsitu Kitaba-Gaviglio (P78822) is entering an appearance as counsel for Plaintiff-Intervenors Regina Zaviski and Savannah Nurme-Robinson in the above-captioned matter.

Respectfully submitted,

/s/Bonsitu Kitaba-Gaviglio
Bonsitu Kitaba-Gaviglio (P78822)
American Civil Liberties Union Fund
  of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6823
bkitaba@aclumich.org

Dated: May 8, 2025

2