# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ASHER LUCAS, REGINA ZAVISKI and
SAVANNAH NURME-ROBINSON,

    Plaintiffs,

v.

BRIK ENTERPRISES INCORPORATED
d/b/a CULVER'S OF CLARKSTON,
DAVISON HOSPITALITY, INC. d/b/a
CULVER'S OF DAVISON, FENTON
HOSPITALITY INC. d/b/a CULVER'S
OF FENTON, GB HOSPITALITY,
INC. d/b/a CULVER'S OF GRAND
BLANC, BLUE WATER
HOSPITALITY INC.,

    Defendants.

Case No. 24-cv-12817

Hon. Brandy R. McMillion

## **STIPULATION FOR ORDER OF DISMISSAL OF ALL DEFENDANTS**

The parties hereto, by their respective counsel, hereby Stipulate and agree to the entry of the attached Order dismissing Plaintiffs Zaviski and Nurme-Robinson's action against all Defendants, with prejudice and without costs, interest or attorney fees to any party.

APPROVED AS TO FORM AND CONTENT:

*/s/ Syeda F. Davidson (w/permission)*
American Civil Liberties Union
Fund of Michigan
Attorney for Intervening Plaintiffs
sdavidson@aclumich.org

*/s/ Courtney L. Nichols*
Courtney L. Nichols (P75160)
PLUNKETT COONEY
Attorneys for Defendants
cnichols@plunkettcooney.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ASHER LUCAS, REGINA ZAVISKI and
SAVANNAH NURME-ROBINSON,

    Plaintiffs,

v.

BRIK ENTERPRISES
INCORPORATED
d/b/a CULVER'S OF CLARKSTON,
DAVISON HOSPITALITY, INC. d/b/a
CULVER'S OF DAVISON, FENTON
HOSPITALITY INC. d/b/a CULVER'S
OF FENTON, GB HOSPITALITY,
INC. d/b/a CULVER'S OF GRAND
BLANC, BLUE WATER
HOSPITALITY INC.,

    Defendants.

Case No. 24-cv-12817

Hon. Brandy R. McMillion

## ORDER OF DISMISSAL

This matter having come before the Court upon the Stipulation of the parties, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiffs Zaviski and Nurme-Robinson's action against all Defendants is **DISMISSED WITH PREJUDICE** and without costs, interest or attorney fees to any party.

*This Order resolves the last pending claim and closes the case.*

Dated:  August 22, 2025

s/Brandy R. McMillion
Hon. Brandy R. McMillion
U.S. DISTRICT JUDGE

2